IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Christopher Colbert and Jai Crutcher, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 13 CV 2397 |
| -vs- ) | |
| ) | (Judge Dow) |
| City of Chicago and Officers Russell ) | |
| Willingham #3664, Jack Tweedle ) | |
| #12919, Darryl Johnson #4787, Louis ) | |
| Hopkins #2487, and Thomas J. Glynn ) | |
| #25782, ) | |
| ) | |
| Defendants. ) | |

**AMENDED COMPLAINT**

Pursuant to leave of Court, plaintiff files this amended complaint and, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343 and §1367.

2. Plaintiffs Christopher Colbert and Jai Crutcher are residents of the Northern District of Illinois.

3. Defendants Russell Willingham #3664, Jack Tweedle #12919, Darryl Johnson #4787, Louis Hopkins #2487, and Thomas J. Glynn #25782, are police officers of the City of Chicago or of the State of Illinois. Plaintiffs sue each of these police officers in his individual capacity.

4. Defendant City of Chicago is an Illinois municipal corporation. Plaintiff Crutcher asserts a state law malicious prosecution claim against the City; plaintiff Colbert asserts a federal claim against the municipality.

5. On March 31, 2011, one of more of defendants Willingham, Tweedle, Johnson, Hopkins, and Glynn, hereinafter "police officer defendants," acting without a warrant, searched the residence of plaintiff Colbert and arrested Colbert and Crutcher.

6. The police officer defendants did not have a reasonable basis to search Colbert's residence.

7. The police officer defendants did not have a reasonable basis to arrest plaintiff Crutcher.

8. The police officer defendants acted maliciously and without probable cause in causing plaintiff Crutcher to be prosecuted for criminal offenses.

9. Plaintiff Crutcher was found not guilty of all criminal charges.

10. On the basis of items they discovered during the above referred unlawful search, one or more of the police officer defendants arrested plaintiff Colbert for an alleged violation of Section 8-20-040 of the Municipal Code of the City of Chicago.

-3-

11. At all times relevant, it was an express policy of the City of Chicago for its police officers to arrest persons who violated Section 8-20-040 of the Municipal Code of the City of Chicago.

12. Section 8-20-040 of the Municipal Code of the City of Chicago is an unconstitutional infringement on rights secured by the Constitution of the United States.

13. As a result of the foregoing, plaintiffs were deprived of rights secured by the Fourth and Fourteenth Amendments to the Constitution of the United States and plaintiff Crutcher was subjected to a malicious prosecution in violation of Illinois law.

14. Plaintiffs hereby demand trial by jury.

Wherefore each plaintiff requests that judgment be entered against the police officer defendants for appropriate compensatory and punitive damages in an amount in excess of one hundred thousand dollars, and against the City of Chicago for compensatory damages only in an amount

in excess of one hundred thousand dollars. Plaintiffs also requests that the Court declare that defendant City of Chicago is liable for any award of compensatory damages against the police officer defendants.

/s/ Kenneth N. Flaxman
KENNETH N. FLAXMAN
ARDC No. 830399
200 S Michigan Ave Ste 201
Chicago, IL 60604-2407
(312) 427-3200
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July, 2013 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jill K. Russell, Jason Michael Marx, Assistant Corporation Counsel, City of Chicago Department of Law, 30 N. LaSalle, Suite 900, Chicago, IL 60602 and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

/s/ Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC 830399
200 S Michigan Ave, Ste 201
Chicago, Illinois 60604
(312) 427-3200
*attorney for plaintiff*