## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Christopher Colbert, et al.
                    Plaintiff,

v.                                    Case No.: 1:13−cv−02397
                                      Honorable Robert M. Dow Jr.

City of Chicago, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 11, 2014:

    MINUTE entry before the Honorable Robert M. Dow, Jr: Status hearing held on 9/11/2014. Defendants are given until 11/10/2014 to file motion for summary judgment; plaintiffs' response due by 12/16/2014; defendants' reply due by 1/9/2015; ruling will be by mail. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.